■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENROY BABB, Appellant. [640 NYS2d 801] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered April 18, 1994, convicting him of rape in the first degree and assault in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's constitutional right to be present at a material stage of the trial was not violated when, during a pretrial, in camera hearing in the presence of defense counsel but in the defendant's absence, the court questioned a potential witness about her own reluctance to testify at trial, and about her reluctance to allow her 12-year-old son to testify at trial (*see, People v Morales,* 80 NY2d 450, 455; *People v Ross,* 205 AD2d 645, 646; *People v Martinez,* 204 AD2d 489; *People v Harrison,* 181 AD2d 743, 744). Sullivan, J. P., Pizzuto, Joy and Krausman, JJ., concur.